

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00017-CV

Ezekiel **KEITH**,
Appellant

v.

Nikki **KEITH**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-20274
Honorable Mary Lou Alvarez, Judge Presiding

PER CURIAM

Sitting:      Adrian A. Spears II, Justice
               H. Todd McCray, Justice
               Velia J. Meza, Justice

Delivered and Filed: February 18, 2026

DISMISSED

On January 6, 2026, appellant filed a notice of appeal stating his intent to appeal a judgment rendered on December 22, 2025. Although the clerk's record indicates a final hearing was held on December 22, 2025, it does not contain a written judgment.

"To be appealable, a judgment or order must be written and signed by the trial court." *In re M.R.G.*, No. 04-17-00623-CV, 2017 WL 4938422, at *1 (Tex. App.—San Antonio Nov. 1, 2017, no pet.); *see* TEX. R. APP. P. 26.1 (providing the appellate timetable runs from the date the

judgment or order is signed). "An oral ruling, not reduced to writing and signed by the trial court, is not a final or otherwise appealable judgment or order." *See In re M.R.G.*, 2017 WL 4938422, at *1. This court is not required to hold an appeal open until there is an appealable judgment at some future date. *Id*. When there is no appealable judgment or order, we are authorized to dismiss the appeal. *Id*.

Because it appeared that no written judgment had been signed in the underlying case, we issued an order directing appellant to show cause in writing, on or before February 6, 2026, why this appeal should not be dismissed. We warned that if appellant did not satisfactorily respond by the deadline, this appeal would be dismissed. Appellant did not respond. Accordingly, this appeal is dismissed. *See In re M.R.G.*, 2017 WL 4938422, at *1; *see also* TEX. R. APP. P. 42.3(c).

PER CURIAM